| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| 2 | Federal Defender |
|   | JANET BATEMAN, Bar #241210 |
| 3 | Assistant Federal Defender |
|   | Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330 |
|   | Fresno, California 93721-2226 |
| 5 | Telephone: (559) 487-5561 |

Counsel for Defendant
KAREN R. WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:13-cr-00364 BAM-1 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
|  | ) ARRAIGNMENT/CHANGE OF PLEA |
| vs. | ) HEARING; ORDER |
|  | ) |
| KAREN WASHINGTON, | ) DATE: November 7, 2013 |
| Defendant. | ) TIME: 10:00 a.m. |
|  | ) JUDGE: Hon. Gary S. Austin |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Ian P. Whitney, counsel for plaintiff, and Assistant Federal Defender, Janet Bateman, counsel for defendant, Karen Washington, that the arraignment/change of plea hearing set for October 31, 2013 before Magistrate Judge Gary S. Austin, **may be rescheduled to November 7, 2013.**

Defense counsel is scheduled to be out of the office on October 31, 2013, the date of the hearing. A short continuance is requested to allow for continuity of counsel. AUSA, Ian Whitney, has no objection. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Dated: October 21, 2013

                                        BENJAMIN B. WAGNER
                                      United States Attorney

                                        */s/ Ian Whitney*
                                        IAN PATRICK WHITNEY
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

Dated: October 21, 2013

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Janet Bateman*
                                        JANET BATEMAN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        KAREN WASHINGTON

## **O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

   Dated: **October 21, 2013**                          **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE